UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA**<br>P.O. Box 687<br>Winnebago, Nebraska 68071<br><br>                    Plaintiff,<br><br>v.<br><br>**GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05cv02493 RCL<br><br><br><br><br>PROPOSED ORDER |

For the reasons set for in the Plaintiff's Motion for an Extension of Time to Serve its Complaint, and the Court's Finding of good cause show it is this _____ day of April, 2006,

**ORDERED,** That the Plaintiff shall be granted until July 28, 2006 to serve its complaint on the Defendants.

                                                _____
                                              Royce C. Lamberth
                                              United States District Court Judge

Case 1:05-cv-02493-JR     Document 3-2     Filed 04/20/2006     Page 2 of 2