UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA<br>P.O. Box 687<br>Winnebago, Nebraska 68071 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 1:05CVO2493 RCL |
| v. | )<br>) | Judge: Royce C. Lamberth |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

_____

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:
    The United States District Court for the Central District of California

  Admitted – November 8, 1973

  The United States District Court for the Ninth Circuit
  Admitted- 1973

  The United States Supreme Court
  Admitted – 1981

  The United States District Court for the District of Hawaii,
  Admitted, February 1, 2001

  The United States District Court for the District of Indiana,
  Indianapolis Division
  Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 16th day of February 2006.

        /s/_____
        Walter John Lack
        California Bar # 57550
        Engstrom, Lipcomb & Lack
        10100 Santa Monica Boulevard
        16th Floor
        Los Angeles, California 90067
        (310) 552-3800

Case 1:05-cv-02493-JR    Document 5-2    Filed 04/26/2006    Page 3 of 3