UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA,<br>P.O. Box 687<br>Winnebago, Nebraska 68071<br>　　　　　　　Plaintiff, | )<br>)<br>)<br>)<br>) | Case No. 1:05CVO2493 RCL |
| v. | )<br>) | |
| GALE NORTON<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | ORDER FOR ADMISSION OF<br>WALTER J. LACK -PRO HAC VICE |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| 　　　　　　　Defendants. | ) | |

_____

　　　For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated February 16, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is ORDERED, this _____ day of April, 2006,  that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Royce C. Lambert
　　　　　　　　　　　　　　　　　　　United States District Court Judge