UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA**<br>P.O. Box 687<br>Winnebago, Nebraska 68071 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No.1:05CVO2493 RCL |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | Motion for Admission<br>Pro Hac Vice |
| **JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

_____

Pursuant to LCvR 83.2(d), the undersigned attorney, a member in good standing of the bar of this Court, hereby respectfully moves this Court to permit Rahul Ravipudi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff, the Winnebago Tribe of Nebraska. This motion is supported by the accompanying Declaration of Rahul Ravipudi prepared in accordance with LCvR 83.2(d) and that Declaration demonstrates that Attorney Ravipudi meets the requirements of that local rule.

Respectfully submitted this 11th day of May 2006

  /s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553

/s/_____
Rahul Ravipudi, Esq.
California Bar # 20419
Engstrom, Lipcomb & lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4108
(310) 552-3800