UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA** )<br>P.O. Box 687 )<br>Winnebago, Nebraska 68071 )<br>)<br>                    Plaintiff, )<br>)<br>v. )<br>)<br>**GALE NORTON** )<br>**Secretary of the Interior,** )<br>**U.S. Department of the Interior** )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>**ROSS O. SWIMMER** )<br>**Special Trustee** )<br>**Office of Special Trustee** )<br>**for American Indians** )<br>**Department of the Interior** )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br>)<br>**JOHN W. SNOW** )<br>**Secretary of the Treasury** )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>)<br>                    **Defendants.** )<br>) | | Case No.1:05CVO2493<br><br>Judge: Royce C. Lamberth<br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

_____

As required by LCvR 83.2(d),  I, Rahul Ravipudi declare under penalty of perjury as follows:

    (1)  My legal name is Rahul Ravipudi.

    (2)  My office address and telephone number are:

        Engstrom, Lipcomb & Lack
        10100 Santa Monica Boulevard
        16th Floor
        Los Angeles, California 90067-4107
        (310) 552-3800

    (3)  I have been admitted to the State Bar of California since December 1999.  My

California Bar Number is # 204519.  I am also admitted to practice law before the United States District Courts for the Eastern and Central Districts of California.

(4) I have never been suspended from the practice of law or disciplined by any Bar.

(5) I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 11th day of May 2006.

_____/s/_____
Rahul Ravipudi
California Bar # 204519
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552-3800