UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA,**<br>P.O. Box 687<br>Winnebago, Nebraska 68071<br>　　　　　　　Plaintiff, | )<br>)<br>)<br>)　　Case No. 1:05CVO2493 RCL<br>) |
| v. | )<br>) |
| **GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)　　**ORDER FOR ADMISSION**<br>)　　**-PRO HAC VICE**<br>) |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) |

For the reasons set for in the Motion filed by Rahul Ravipudi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Rahul Ravipudi's Declaration dated May 11, 2006, which demonstrates that Attorney Ravipudi meets all of the requirements of LCvR 83.2 (d),   it is

　　ORDERED, this _____ day of May, 2006,  that Attorney Rahul Ravipudi's  Motion for Admission to Appear Pro Hac Vice in the above captioned case is  GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Royce C. Lambert
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge