## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Winnebago Tribe of Nebraska<br>P.O. Box 687,<br>Winnebago, Nebraska 68071 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CASE NO. 1:05CV02493 RCL |
| v. | )<br>) | |
| GALE NORTON<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee for<br>American Indians<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Pro Hac Vice |
| JOHN W. SNOW<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendant. | )<br>)<br>)<br>)<br>)<br>) | |

As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty

of perjury as follows:

    1.     My legal name is Thomas Vincent Girardi.

    2.     My office address and telephone number are:

Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

3.      I have been a member of the State Bar of California since January 13, 1965. I am also admitted to practice law before the following courts:

The United States District Court for the Central District of California
Admitted-January 1965

The United States Supreme Court
Admitted-January 1965

The United States District Court for the District of Hawaii
Admitted, 2001

The United States District Court for the District of Indiana
Admitted, 2004

The United States District Court for the District of Louisiana
Admitted, 2006

4.      I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5.      I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6.      I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this  22nd day of June, 2006.


/s/_____
Thomas V. Girardi, Esq.

Girardi|Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211