# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| Winnebago Tribe of Nebraska )<br>P.O. Box 687 )<br>Winnebago, Nebraska 68071 )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　)<br>GALE NORTON )<br>Secretary of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>　　　　　　　　　　　　　)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for )<br>American Indians )<br>Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>　　　　　　　　　　　　　)<br>JOHN W. SNOW )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>　　　　　　　　　　　　　)<br>　　　　　Defendant. )<br>　　　　　　　　　　　　　) | CASE NO. 1:05CV02493 RCL<br><br><br>ORDER FOR ADMISSION OF<br>THOMAS V. GIRARDI – PRO<br>HAC VICE |

　　　　For the reasons set for in the Motion filed by Attorney Thomas V. Girardi

and signed by Attorney Patricia A. Marks, a member in good standing of this

BAR, and following a review of the Thomas V. Girardi's Declaration dated June

22, 2006, which demonstrates that Attorney Girardi meets all of the requirements

2

of LCvR83.2(d).  It is ORDERED, this _____ day of June, 2006, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge