UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA**<br>P.O. Box 687<br>Winnebago, Nebraska 68071<br><br>      Plaintiff,<br><br>v.<br><br>**GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05cv02493 RCL<br><br><br><br><br><br>ERRATA |

  A certificate of service was attached to the first amended complaint which contained an incorrect date of service. The date of service should have read July 5, 2006. All of other statements in that certificate of service are correct.

     /s/_____
     Patricia A. Marks, Esq.
     U.S. District Court Bar # 446702
     15992 A.E. Mullinix Road
     Woodbine, Maryland 21797-8440
     Tel: 1-410-489-4553
     Fax: 1-301-854-5117
     Email: Markspattyesq@aol.com

Attorney for Plaintiff

Attorney for Plaintiff

Attorney for Plaintiff