**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA** ) | | |
| **P.O. Box 687** ) | | |
| **Winnebago, Nebraska 68071** ) | | |
| ) | | |
|         **Plaintiff,** ) | **Case No. 1:05cv02493  RCL** | |
| ) | | |
| **v.** ) | | |
| ) | | |
| **GALE NORTON** ) | | |
| **Secretary of the Interior,** ) | | |
| **U.S. Department of the Interior** ) | **CORRECTED** | |
| **1849 C Street, N.W.** ) | **CERTIFICATE OF SERVICE** | |
| **Washington, D.C. 20240** ) | **FOR THE PLAINTIFF'S FIRST** | |
| ) | **AMENDED COMPLAINT** | |
| **ROSS O. SWIMMER** ) | | |
| **Special Trustee** ) | | |
| **Office of Special Trustee** ) | | |
| **for American Indians** ) | | |
| **Department of the Interior** ) | | |
| **1849 C Street, N.W.** ) | | |
| **Washington, D.C.  20240** ) | | |
| ) | | |
| **JOHN W. SNOW** ) | | |
| **Secretary of the Treasury** ) | | |
| **1500 Pennsylvania Avenue, N.W.** ) | | |
| **Washington, D.C. 20220** ) | | |
| ) | | |
|         **Defendants.** ) | | |
| ) | | |
| _____) | | |

On July 5, 2006, I Patricia Marks served a copy of the Amended Complaint by United States Express Mail registered signature required, return receipt requested on the following individuals:


Honorable Dirk Kempthorne
Secretary of the Interior
1849 C. Street N.W.
Washington, D.C. 20240

Honorable Ross Swimmer
Special Trustee for Indian Affairs
1849 C. Street N.W.
Washington, D.C. 20240

Honorable Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C. 20220

Kenneth Wainstein
United States Attorney
555 4th Street N.W.
Washington, D.C. 20530

Honorable Alberto Gonzales
Attorney General of the United States
950 Pennslyvania Ave. N.W.
Washington, D.C. 20530

_/s/_____

Patricia A. Marks, Esq.
U.S. District Court Bar # 446702
15992 A.E. Mullinix Road
Woodbine, Maryland 21797-8440
Tel: 1-410-489-4553
Fax: 1-301-854-5117
Email: Markspattyesq@aol.com

Attorney for Plaintiff