AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Winnebago Tribe of Nebraska

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et al

CASE NUMBER: 1:05-CV-02493 RCL

TO: (Name and address of Defendant)

Ross Swimmer
Special Trustee for Indian Affairs
US Dept of Interior
1849 C Street NW
Wash, DC 20240

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Marks
15992 AE Mullinix
Woodbine, MD 21797

AMENDED an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.   AMENDED

**NANCY M. MAYER-WHITTINGTON**          7/3/06

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: July 7, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: by US mail USDOI 1849 . C St NW Wash DC 20006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served by US P Mail - return receipt at the address noted on the summons

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27, 2006         *Patricia Marks*
              Date                  Signature of Server

15992 AE Mullinix
Woodbine, MD 21797
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**USPS Express Mail Label** — EQ 304446882 US

ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code: 21797
- Date Accepted: 7-5-06
- Time Accepted: 4:59 PM
- Day of Delivery: 2nd
- Scheduled Date of Delivery: 7-6
- Postage: $14.40
- Return Receipt Fee: $1.85
- Scheduled Time of Delivery: Noon
- Total Postage & Fees: $16.25
- Acceptance Emp. Initials: GD

FROM:
PATRICIA MARKS ESQ.
15992 AE. MULLINIX ROAD
WOODBINE, MD 21797

TO:
HON. ROSS SWIMMER
SPECIAL TRUSTEE FOR INDIAN AF
U.S. DEPT OF INTERIOR
1849 C. ST. NW
WASH. DC 20240

---

**PS Form 3811 — Domestic Return Receipt**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Ross Swimmer
Special Trustee for Indian Affairs
United States Dept. of Interior
1849 C. Street N.W.
Washington, D.C. 20240

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] — ☑ Agent  ☐ Addressee
- B. Received by (Printed Name): M. Lowery
- C. Date of Delivery: 7/7/06
- D. Is delivery address different from item 1? ☑ No

3. Service Type: ☑ Express Mail
4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label): EQ 3044 4088 2 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540