AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Winnebago Tribe of Nebraska

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne et AL

CASE NUMBER: 1:05-CV-02493-RCL

TO: (Name and address of Defendant)

Dirk Kempthorne
Secretary of the Interior
1849 C Street NW
Wash, DC 20240

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Marks
15992 AE Mullinix Rd
Woodbine, MD 21797

AMENDED

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AMENDED

**NANCY M. MAYER-WHITTINGTON**                                    7/3/06

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: July 7, 2006 |
| NAME OF SERVER (PRINT)  Patricia Marks | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _I served by US Mail certified return receipt at the address noted on the summons_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _July 27, 2006_     _Patricia Marks_
                Date                      Signature of Server

_15992 AE Mullinix_
_Woodbine, MD 21797_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004
Post Office To Addressee

EQ 304446865 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 21797
Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day
Postage: $14.40
Scheduled Date of Delivery — Month / Day
Return Receipt Fee: $1.85
Date Accepted: 7-5-06
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
COD Fee: $
Insurance Fee: $
Time Accepted: 4:56 ☐ AM ☒ PM
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $11.25
Flat Rate ☐ or Weight: lbs. ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Attempt — Mo. Day — Time ☐ AM ☐ PM — Employee Signature
Delivery Date — Mo. Day — Time ☐ AM ☐ PM — Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

**FROM: (PLEASE PRINT)** PHONE ( )
PATRICIA MARKS ESQ.
15992 A.E. MULLINIX ROAD
WOODBINE, Md.
21797

**TO: (PLEASE PRINT)** PHONE ( )
HON. DIRK KEMPTHORNE
SEC. OF THE INTERIOR
1849 C. ST. N.E.
WASH. D.C.

ZIP + 4: 20240 +

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Dirk Kempthorne
Secretary of the Interior
1849 C. Street N.W.
Washington, D.C. 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David J. Shaw
☒ Agent
☐ Addressee

B. Received by (Printed Name): David J. Shaw
C. Date of Delivery: 7/7/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☒ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): EQ 304446865 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540