AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Winnebago Tribe of Nebraska

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et al

CASE NUMBER: 1:05-CV-02493 RCL

TO: (Name and address of Defendant)

Henry Paulson
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Marks
15992 AE Mullinix Rd
Woodbine, MD 21797

an answer to the Amended complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**   7/3/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 6, 2006 |
| NAME OF SERVER (PRINT) Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I served by overnight US Mail signature required return receipt request. Proof of delivery provided by US Post Office.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27, 2006     Patricia Marks
             Date              Signature of Server

15992 AE Mullinex
Woodbine, MD 21797
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ30 4446 922U S**
Status: **Delivered**

Your item was delivered at 12:59 pm on July 06, 2006 in WASHINGTON, DC 20220 to TREASURY 20220 R4. The item was signed for by R DEYO.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

7/17/2006



# Track/Confirm - Intranet Item Inquiry
## Item Number: EQ30 4446 922U S

**This item was delivered on 07/06/2006 at 12:59**

| | Delivery Section |
|---|---|
| **Signature:** | Ralph Dejo / Ralph DEJO |
| **Address:** | Treasury 20000 |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.