AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

Winnebago Tribe of Nebraska

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, et al

CASE NUMBER: 1-05-CV-02493 RCL

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
950 Pennsylvania Ave. NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patricia Marks
15992 AE Mullinix Rd
Woodbine, MD 21797

an answer to the AMENDED complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. AMENDED

**NANCY M. MAYER-WHITTINGTON**                         7/3/06

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE July 6, 2006 |
| NAME OF SERVER *(PRINT)* Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by US overnight mail signature required return receipt requested. Proof of delivery provided by US Post office.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 27 2006      *Patricia Marks*
         Date                   Signature of Server

15992 AE Mullinex
Woodbine, MD 21797
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ30 4446 879U S**
Status: **Delivered**

Your item was delivered at 12:07 pm on July 06, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by A FRAZIER.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          7/17/2006



**UNITED STATES POSTAL SERVICE**®

Date: 07/19/2006

Dear Postal Customer:

The following is in response to your 07/19/2006 request for delivery information on your Express Mail item number EQ30 4446 879U S. The delivery record shows that this item was delivered on 07/06/2006 at 12:07 pm in WASHINGTON, DC 20530 to A FRAZIER. The scanned image of the recipient information is provided below.

Signature of Recipient:

Delivery Section

[signature: A Frazier]
ALVin E FRAZit

Address of Recipient:

Justice 20530

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

http://pts.usps.gov/pts/requestDelivery.do?eventLocation=WASHINGTON%2C+DC+20530&...   7/19/2006