IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-02493-RCL |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearances of Anthony P. Hoang, Martin J. LaLonde, and Kevin J. Larsen as counsel of record for Defendants in this case.

Service of all papers on Mr. Hoang, Mr. LaLonde, and Mr. Larsen by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Mr. Larsen should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

Respectfully submitted this 5th day of September, 2006,

    SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG
Anthony.Hoang@usdoj.gov
FL Bar #798193

*/s/ Martin J. LaLonde*
MARTIN J. LALONDE
Martin.Lalonde@usdoj.gov
IL Bar #6218249

*/s/ Kevin J. Larsen*
KEVIN J. LARSEN
Kevin.Larsen@usdoj.gov
AZ Bar #019865
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0258
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

GLADYS COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on September 5, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD 21797-8440
    Fax: (301) 854-5117

    Walter John Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA 90067-4107
    Fax: (310) 552-9434

    Thomas V. Girardi
    Keith Griffin
    GIRARDI & KEESE
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Fax: (213) 481-1554

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

                                             */s/ Anthony P. Hoang*
                                             ANTHONY P. HOANG