IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA )<br>  )<br>        Plaintiff, )<br>  )<br>    v.                                            )<br>  )<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>  )<br>        Defendants. )<br>_____ ) | Case No. 1:05-cv-02493-RCL |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO
<u>AMENDED COMPLAINT</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully make this unopposed motion for an enlargement of time, to and including October 10, 2006, in which to file an Answer or otherwise respond to the Amended Complaint in this case. The current deadline for responding to the Amended Complaint is September 8, 2006. This motion is Defendants' first such motion. The grounds for the motion are as follows:

Defendants need the additional time so that the Department of Justice, the Department of the Interior, and the Department of the Treasury can complete their review, analysis, discussion, and determination regarding the factual and legal issues that have been presented in the Amended Complaint. Further, counsel for Defendants are planning to confer with counsel for Plaintiff about appropriate approaches for the handling of this case.

Undersigned counsel for Defendants contacted counsel for Plaintiff Patricia Marks and Brian Leinbach about an enlargement motion on August 29, 2006. Further, undersigned counsel conferred with Mr. Leinbach about this motion on August 31. Mr. Leinbach authorized undersigned counsel on August 31 to state that Plaintiff does not oppose the motion.

On the one hand, the granting of this unopposed motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of Defendants to undertake their discussions with Plaintiff and to complete their review, analysis, discussion, and determination concerning possible approaches to the Amended Complaint in the case.

WHEREFORE Defendants respectfully requests that their unopposed motion be GRANTED.

Respectfully submitted this 5th day of September, 2006,

> SUE ELLEN WOOLDRIDGE
> Assistant Attorney General
>
> */s/ Anthony P. Hoang*
> ANTHONY P. HOANG, FL Bar #798193
> MARTIN J. LALONDE, IL Bar #6218249
> KEVIN J. LARSEN, AZ Bar #019865
> United States Department of Justice
> Environment and Natural Resources Division
> P.O. Box 663
> Washington, D.C. 20044-0663
> Tel: (202) 305-0241
> Tel: (202) 305-0247
> Tel: (202) 305-0258
> Fax: (202) 353-2021
>
> Attorneys for Defendants

OF COUNSEL:

GLADYS COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT was served on September 5, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD 21797-8440
    Fax: (301) 854-5117

    Walter John Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA 90067-4107
    Fax: (310) 552-9434

    Thomas V. Girardi
    Keith Griffin
    GIRARDI & KEESE
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Fax: (213) 481-1554

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

    */s/ Anthony P. Hoang*
    ANTHONY P. HOANG