IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINNEBAGO TRIBE OF NEBRASKA    )
                               )
          Plaintiff,           )
                               )
     v.                        )          Case No. 1:05-cv-02493-RCL
                               )
DIRK KEMPTHORNE,               )
Secretary of the Interior, et al.,    )
                               )
          Defendants.          )
_____)

## PROPOSED ORDER

This matter is before the Court on the Defendants' unopposed motion for enlargement of time within which to file an Answer or otherwise respond to the Amended Complaint.  Upon consideration of Defendants' unopposed motion, and for good cause shown, it is hereby ordered that:

1.    Defendants' unopposed motion for enlargement of time should be and hereby is GRANTED;

2.    Defendants shall have to and including October 10, 2006, within which to file an Answer or otherwise respond to the Amended Complaint.

SO ORDERED.

Date:_____          _____
                                      HON. ROYCE C. LAMBERTH
                                      United States District Judge

The following counsel should be notified of the entry of this Order:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797
Fax: (301) 854-5117

Gregory A. Yates
16830 Ventura Boulevard, Suite 250
Encino, CA  91436
Fax: (818) 905-7038

Walter L. Lack
Brian Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA  90067
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Anthony P. Hoang
Martin J. Lalonde
Kevin J. Larsen
United States Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Fax: (202) 353-2021