UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA,**<br>P.O. Box 687<br>Winnebago, Nebraska 68071<br>    Plaintiff, | )<br>)<br>)<br>)  Case No. 1:05CVO2493 RCL<br>) |
| v. | )<br>) |
| **GALE NORTON**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)  **ORDER FOR ADMISSION**<br>)  **-PRO HAC VICE**<br>) |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **JOHN W. SNOW**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>) |

  For the reasons set for in the Motion filed by Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Brian Leinbach's Declaration filed September 7, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d),   it is

  ORDERED, this _____ day of September, 2006,  that Attorney Brian Leinbach's  Motion for Admission to Appear Pro Hac Vice in the above captioned case is  GRANTED.

                _____
                Royce C. Lambert
                United States District Court Judge