# UNITED STATES DISTRICT COURT
## FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA | ) | |
| P.O. Box 687, | ) | |
| Winnebago, Nebraska 68071 | ) | |
| | ) | CASE NO.1:05CVO2493 RCL |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNOPPOSED |
| GALE NORTON | ) | Motion for Admission |
| Secretary of the Interior, | ) | Pro Hac Vice |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER COMPEL | ) | |
| Special Trustee | ) | |
| TRUST | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| JOHN W. SNOW | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a

member in good standing of the bar of this Court, accompanied by Keith Griffin,

a member in good standing of the State Bar of California, hereby respectfully

move this Court to permit Keith Griffin to appear *pro hac vice* in the above

entitled action on behalf of the Plaintiff.  This motion is unopposed and it is

supported by the accompanying Declaration of Keith Griffin prepared and

submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney

Griffin meets all of the requirements of that local rule.

Respectfully submitted this 15th day of September 2006.


/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel:  (410) 489-4553


/s/_____
Keith Griffin
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, California 90017