UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA,** <br> P.O. Box 687 <br> Winnebago, Nebraska 68071 <br> Plaintiff, <br><br> v. <br><br> **GALE NORTON** <br> Secretary of the Interior, <br> U.S. Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> **ROSS O. SWIMMER** <br> Special Trustee <br> Office of Special Trustee <br> for American Indians <br> Department of the Interior <br> 1849 C Street, N.W. <br> Washington, D.C. 20240 <br><br> **JOHN W. SNOW** <br> Secretary of the Treasury <br> 1500 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20220 <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:05CVO2493 RCL <br><br><br><br><br><br> **ORDER FOR ADMISSION** <br> **-PRO HAC VICE** |

For the reasons set for in the Motion filed by Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Keith Griffin's Declaration filed September 15, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d),   it is

ORDERED, this _____ day of September, 2006,  that Attorney Keith Griffin's  Motion for Admission to Appear Pro Hac Vice in the above captioned case is  GRANTED.

_____
Royce C. Lambert
United States District Court Judge