UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2493 (RCL) |

### ORDER

This matter is before the Court on the Defendants' unopposed motion [20] for enlargement of time within which to file an Answer or otherwise respond to the Amended Complaint. Upon consideration of Defendants' unopposed motion, and for good cause shown, it is hereby ordered that:

1. Defendants' unopposed motion for enlargement of time should be and hereby is GRANTED; and

2. Defendants shall have to and including October 10, 2006, within which to file an Answer or otherwise respond to the Amended Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.