UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2493 (RCL) |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| **Secretary of the Interior, <u>et al.</u>,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### **ORDER**

For the reasons set forth in the Motion [22] filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of the Keith Griffin Declaration filed September 7, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d), it is hereby

ORDERED, that Attorney Keith Griffin's Motion for admission to appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.