# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER  1:05 CV 02493 (RCL) |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   BRIAN J. LEINBACH   as counsel in this
                                 (Attorney's Name)

case for:  WINNEBAGO TRIBE OF NEBRASKA
           (Name of party or parties)


NOVEMBER 17, 2006                          /S/
_____                        _____
Date                                       Signature

                                           BRIAN J. LEINBACH
                                           Print Name
California State Bar No. 161739
BAR IDENTIFICATION                         10100 Santa Monica Blvd., 16th Flr.
                                           Address

                                           Los Angeles, CA 90067-4107
                                           City        State        Zip Code

                                           310-552-3800
                                           Phone Number