# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER   1:05 CV 02493 (RCL) |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al. | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of   WALTER J. LACK   as counsel in this
                                 (Attorney's Name)

case for:   WINNEBAGO TRIBE OF NEBRASKA
            (Name of party or parties)


NOVEMBER 17, 2006                    /s/
_____                  _____
Date                                 Signature

                                     WALTER J. LACK
California State Bar No. 57550       Print Name
BAR IDENTIFICATION
                                     10100 Santa Monica Blvd., 16th Flr.
                                     Address

                                     Los Angeles, CA 90067-4107
                                     City      State      Zip Code

                                     310-552-3800
                                     Phone Number