**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
WINNEBAGO TRIBE OF NEBRASKA,        :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 05-2493 (JR)
                                    :
DIRK KEMPTHORNE, Secretary of       :
the Interior, et al.,               :
                                    :
        Defendants.                 :
```

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.


                                    JAMES ROBERTSON
                                    United States District Judge