IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNEBAGO TRIBE OF NEBRASKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:05cv02493 (JR) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memoranda, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.

Dated: _____        _____
                                                    JAMES ROBERTSON
                                                    United States District Judge